# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Manish S. Shah is presiding in MDL 2842 (18 CV 4171, *In Re*: *Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation)*; and

It further appearing that, 18 CV 1754, *Atlantic Trading USA, LLC v. CBOE Global Markets, Inc. et al.*, and the related cases associated to 18 CV 1754 (listed below) are currently pending before the Hon. Manish S. Shah and the designate Magistrate Judge Maria Valdez, fall within the scope of MDL 2842; therefore

It is hereby ordered that the Clerk is to reassign the cases listed below to MDL 2842 (18 CV 4171, *In Re*: *Chicago Board Options Exchange Volatility Index Manipulation Antitrust Litigation)*.

| | |
|---|---|
| 18 CV 1754 | *Atlantic Trading USA, LLC v. CBOE Global Markets, Inc. et al* |
| 18 CV 2025 | *Tomasulo v. CBOE Exchange, Inc. et al* |
| 18 CV 2185 | *Koza v. CBOE Exchange, Inc. et al* |
| 18 CV 2304 | *Beck v. CBOE Exchange, Inc. et al* |
| 18 CV 2435 | *Bueno v. CBOE Global Markets, Inc. et al* |
| 18 CV 2460 | *Huang v. Chicago Board of Options Exchange et al* |
| 18 CV 2490 | *Palatiello v. CBOE Exchange, Inc. et al* |
| 18 CV 2757 | *Pels v. CBOE Global Markets, Inc., et al* |
| 18 CV 2915 | *Haldeman Realty Co., Inc. v. CBOE Exchange, Inc. et al* |
| 18 CV 3021 | *Siegel v. CBOE Exchange, Inc. et al* |
| 18 CV 3069 | *Etten v. Cboe Global Markets, Inc. et al* |
| 18 CV 3074 | *Terwilliger v. Cboe Global Markets Inc. et al* |
| 18 CV 3190 | *Samuel v. Does et al* |
| 18 CV 3355 | *Burnell v. CBOE Global Markets, Inc. et al* |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____

Chief Judge Rubén Castillo

Dated at Chicago, Illinois this 26th day of June, 2018.